IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:19-1044 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 26 U.S.C. § 5841 |
| v | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(i) |
| | ) | 26 U.S.C. § 5871 |
| | ) | |
| | ) | |
| **WILLIAM CARL TURNER** | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That on or about March 26, 2019, in the District of South Carolina, the Defendant, **WILLIAM CARL TURNER**, knowingly possessed firearms, in an affecting commerce, to wit,

an Israeli Weapon Industries U.S., Model Tavor X95, 5.56 NATO caliber rifle;

an Israeli Weapon Industries, Model Galil Ace, 7.62 x 39 caliber rifle;

a PTR Industries Incorporated, Model 91 KFM4R, .308 caliber rifle;

a Czech Small Arms, Model Sa vz. 58 Sporter, 7.62 x 39 caliber rifle;

a Sig Sauer, Model MPX, 9mm rifle;

a Spike's Tactical, Model ST15, .300 caliber rifle; and

a Sarsilmaz SAR Arms, Model B6 Hawk, 9mm pistol;

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about March 26, 2019, in the District of South Carolina, the Defendant, **WILLIAM CARL TURNER**, knowingly did possess firearms, to wit, a Sig Sauer, Model MPX, 9mm rifle and a Spike's Tactical, Model ST15, .300 caliber rifle, each with a barrel length of less than 16 inches, which were not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about March 26, 2019, in the District of South Carolina, the Defendant, **WILLIAM CARL TURNER**, knowingly did possess a firearm, to wit, a cylindrical metal device that is a "firearm silencer" and a "firearm muffler," which was not identified by a serial number as required by chapter 53 of Title 26;

In violation of Title 26, United States Code, Sections 5861(i) and 5871.

A _____ Bill

REDACTED
FOREPERSON

A. LANCE CRICK (EBD)
ACTING UNITED STATES ATTORNEY